**Bodine M. AMES**

v.

**Lavon S. AMES, Jr.**

Supreme Judicial Court of Maine.

Oct. 13, 1978.

Knight & Chalmers by Jean B. Chalmers (orally), Rockland, for plaintiff.

Theodore H. Kirchner (orally), Clayton N. Howard, Damariscotta, for defendant.

Before McKUSICK, C. J., and POMEROY, WERNICK, DELAHANTY, GODFREY and NICHOLS, JJ.

MEMORANDUM OF DECISION

The judgment of the Superior Court is affirmed.

The entry is:

Appeal denied.

It is further ordered that appellant pay to appellee $500.00 for her counsel fees on appeal.

Case remanded to the Superior Court with instructions to remand to the District Court for entry of order for counsel fees allowed on appeal.

ARCHIBALD, J., did not sit.